UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| In Re: <br> 2B Farms, a Texas General Partnership, and <br> Terry and Rebecca Robinson, <br><br> Debtors | § <br> § <br> § <br> § <br> § | Case No. 23-50096-rlj12 <br> Chapter 12 |
| HTLF Bank, <br><br> Plaintiff <br> v. <br><br> 2B Farms, a Texas General Partnership, et al, <br><br> Defendants | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | Adversary No. 23-05003-rlj |

## HTLF BANK'S ANSWER TO DEFENDANTS' COUNTERCLAIMS

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Plaintiff, HTLF BANK, and in response to the Counterclaims of Defendants, 2B FARMS and TERRY AND REBECCA ROBINSON, submits the following Answers:

1. No response is required to this statement.

2. Admit.

3. Admit.

4. Admit.

5. Admit.

6. Admit

7. No response is required to this statement.

8. Admit. The documents speak for themselves and all allegations inconsistent with the documents are denied.

9. Admit. However, HTLF does not admit that the scope of the security interest is limited to the Promissory Note. The documents speak for themselves and all allegations inconsistent with the documents are denied.

10. Admit as to the facts of the Note. The documents speak for themselves and all allegations inconsistent with the documents are denied. HTLF denies that the pending adversary proceeding and countersuit are limited to the "second Note."

11. HTLF admits the allegations regarding the existence and ownership of 2B Farms and its general business operations. HTLF admits that it was the primary bank used by 2B Farms for deposit accounts and lending. HTLF denies that it participated in the transactions with McClain other than by following 2B Farms' instructions. HTLF admits that it appears that the McClain operation was a Ponzi scheme but lacks personal knowledge of the truth or falsity of the allegations regarding McClain.

12. Deny.

13. HTLF admits to completing checks pursuant to instructions provided by McClain representatives and instructions provided by 2B Farms. The documents speak for themselves and all allegations inconsistent with the documents are denied.

14. HTLF admits to executing the referenced wire transfers pursuant to instructions from 2B Farms. The documents speak for themselves and all allegations inconsistent with the documents are denied.

15. HTLF incorporates its responses to Paragraphs 12-14. HTLF admits that it granted immediate credit for the checks and advanced funds against such checks pursuant to 2B Farms' instructions. HTLF timely revoked such credit when the checks were returned.

16. HTLF admits that it sued 2B Farms, Tery Robinson, and Angela Robinson for the overdrafts. Otherwise, deny.

17. Admit.

18. HTLF admits that it sued 2B Farms, Tery Robinson, and Angela Robinson for the overdrafts. Otherwise, deny.

19. Admit as to the allegations made. HTLF does not admit the underlying allegations.

20. Admit.

21. Admit.

22. Admit.

23. No response is required to this statement. HTLF incorporates its prior responses.

24. HTLF admits that it owed contractual duties to Counter-Plaintiffs. HTLF denies owing any duties not set forth in the relevant contracts.

25. Deny.

26. Deny.

27. Deny.

28. Deny.

29. No response is required to this statement. HTLF incorporates its prior responses.

30. No response is required to this statement.

31. Deny. The documents speak for themselves and all allegations inconsistent with the documents are denied.

32. Deny.

33. No response is required to this statement. HTLF incorporates its prior responses.

34. No response is required to this statement.

35. Deny.

36. Deny.

37. Deny.

Dated this 6th day of September, 2023.

        Respectfully Submitted,

        LOVELL ISERN & FARABOUGH, LLP
        John H. Lovell, SBN 12609300
        john@lovell-law.net
        Matthew S. Merriott, SBN 24100843
        matthew@lovell-law.net
        112 SW 8th Avenue, Suite 1000
        Amarillo, Texas 79101-2314
        Telephone:   (806) 373-1515
        Facsimile:   (806) 379-7176

By: /s/ *Matthew S. Merriott*
      Matthew S. Merriott

*Attorneys for Plaintiff, First Bank & Trust*

## Certificate of Service

The undersigned hereby certifies that on September 6, 2023, a true and correct copy of the foregoing HTLF Bank's Answer to Defendants' Counterclaims was served on counsel of record, via the Court's electronica filing service.

        /s/ *Matthew S. Merriott*